NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GARRY N. SAVAGE, SR., and )
GARRY N. SAVAGE, JR., )
 )
     Appellants, )
 )
v. )     Case No. 2D17-4923
 )
BETHINE FILION, individually, as sole )
successor trustee of the Filion Family )
Living Trust, dated 01/18/1992, and as )
Beneficiary of her IRAs and those of )
the late Richard Filion, )
 )
     Appellee. )
_____ )

Opinion filed November 7, 2018.

Appeal from the Circuit Court for
Hillsborough  County; Gregory P. Holder,
Judge.

Charles Fountain, West Palm Beach, for
Appellants.

Jeffrey P. Coleman of Coleman Law Firm,
Clearwater, for Appellee.


PER CURIAM.


     Affirmed.


SILBERMAN, VILLANTI, and BLACK, JJ., Concur.